```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF WASHINGTON
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | NO. CR-07-2074-WFN |
| Plaintiff, ) | |
| ) | ORDER GRANTING DEFENDANT'S |
| v. ) | MOTION TO RECONSIDER RELEASE |
| ) | CONDITIONS AND ORDER SETTING |
| THOMAS JIM SHIPPENTOWER, ) | CONDITIONS OF RELEASE |
| ) | FOLLOWING BAIL REVIEW |
| Defendant. ) | HEARING **(Ct. Rec. 21)** |
| ) | |

On February 1, 2008, this court held a bail review hearing. The government was represented by Thomas Hanlon and defendant was present with counsel, Rick Hoffman.

The defendant moved for reconsideration of defendant's conditions of release pending trial.

The court **granted** defendant's motion for reconsideration of release conditions. **(Ct. Rec. 21)**

Counsel for the defendant requested defendant's release stating there are conditions that could be imposed which would assure defendant's appearance as required and/or safety of the community.

U.S. Probation recommended terms with conditions for Defendant's release.  The government opposed release.

The court further finds the government has not established by the required clear preponderance of evidence an absence of condition or conditions that would reasonably assure this defendant's presence at trial.

The court further finds the government has not established by clear and convincing evidence that there are no conditions that could be imposed which would protect community safety.

ORDER GRANTING DEFENDANT'S MOTION TO
RECONSIDER RELEASE CONDITIONS AND ORDER
SETTING CONDITIONS OF RELEASE
FOLLOWING BAIL REVIEW HEARING - 1

1  Upon receipt of the A. O. Form 199C, it is **ORDERED** that the
2  U.S. Marshall shall release defendant from custody.
3  **IT IS FURTHER ORDERED**, that the release of the defendant is
4  subject to the following conditions:
5  1. The defendant shall not commit any offense in violation of
6  federal, state or local law.  If the defendant does have contact
7  with law enforcement, the defendant shall contact her attorney and
8  U.S. Probation within 24 hours.
9  2.  The defendant shall advise the court and the U. S.
10 attorney in writing before any change in address.
11 3.  The defendant shall appear at all proceedings as required
12 and shall surrender for service of any sentence imposed as
13 directed.
14 4.  The defendant shall sign and complete form A.O. 199C
15 before being released and shall reside at the address furnished.
16 5.   The defendant shall remain in the Eastern District of
17 Washington while the case is pending.  On a showing of necessity,
18 the defendant may obtain written permission from U.S. Probation to
19 travel outside the Eastern District of Washington.
20 6.   The defendant shall maintain or actively seek
21 employment.
22 7.  The defendant shall not possess a firearm, destructive
23 device or other dangerous weapon.
24 8.  Defendant is further advised, pursuant to 18 U.S.C. §
25 922(n), it is unlawful for any person who is under indictment for
26 a crime punishable by imprisonment for a term exceeding one year
27 to ship or transport in interstate or foreign commerce any firearm
28 ORDER GRANTING DEFENDANT'S MOTION TO
RECONSIDER RELEASE CONDITIONS AND ORDER
SETTING CONDITIONS OF RELEASE
FOLLOWING BAIL REVIEW HEARING - 2

or ammunition or receive any firearm or ammunition which has been shipped or transported in interstate or foreign commerce.

    9. The defendant shall refrain from the use of any alcohol, and the use or possession of a narcotic drug and other controlled substances defined in 21 U.S.C. § 802 unless prescribed by a licensed medical practitioner.  Defendant shall submit to urinalysis/breathalyser testing no more than six times per month. Defendant shall be responsible for the cost of testing, evaluation and treatment unless the United States Probation Office should determine otherwise.  The United States Probation Office shall also determine the time and place of testing and evaluation and the scope of treatment but shall only conduct any testing at a public facility.

    10. The defendant shall phone his attorney at least once per week and as directed.

    11. The defendant shall report to the United States Probation Office within 24 hours of his release and shall report at such times and in such manner as they direct.

    12. The defendant shall post a $20,000 percentage bond with a $2,000 deposit which must be posted prior to defendant's release.

    13. Defendant's pending warrant must be cleared prior to his release.

    14. The defendant shall undergo a substance abuse evaluation prior to his release and shall complete treatment as directed by the evaluation.  If in-patient treatment is required, defendant shall only be released directly into the in-patient treatment

ORDER GRANTING DEFENDANT'S MOTION TO
RECONSIDER RELEASE CONDITIONS AND ORDER
SETTING CONDITIONS OF RELEASE
FOLLOWING BAIL REVIEW HEARING - 3

facility.

15. The defendant shall have no contact with the alleged victim in this matter, either directly or indirectly.

16. The defendant shall have no contact with any minor females without a responsible adult being present.

17. The defendant shall stay away from the school located near his home.

**You are advised that a violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, revocation of your release and prosecution for contempt of court which could provide for imprisonment, a fine or both. Specifically, you are advised that a separate offense is established by the knowing failure to appear and that an additional sentence may be imposed for the commission of a crime while on this release. In this regard, any sentence imposed for these violations is consecutive to any other sentence you may incur.**

DATED this 1st day of February, 2008.

                                    S/James P. Hutton
                                    JAMES P. HUTTON
                                    United States Magistrate Judge

ORDER GRANTING DEFENDANT'S MOTION TO
RECONSIDER RELEASE CONDITIONS AND ORDER
SETTING CONDITIONS OF RELEASE
FOLLOWING BAIL REVIEW HEARING - 4