PROB 12C
(7/93)

Report Date: August 31, 2011

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 01 2011

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Thomas Shippentower          Case Number: 2:07CR02074-001

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮ Yakima, WA 98901

Name of Sentencing Judicial Officer: The Honorable William Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: 5/27/2008

| | | |
|---|---|---|
| Original Offense: | Crime on Indian Reservation-Sexual Abuse of a Minor, 18 U.S.C. §§ 1153 and 2243(a) | |
| Original Sentence: | Prison - 30 Months; TSR - 60 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: 3/26/2010 |
| Defense Attorney: | Rick Lee Hoffman | Date Supervision Expires: 3/25/2015 |

### PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #2**: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first 5 days of each month.<br><br>**Supporting Evidence**: Thomas Shippentower failed to report to the U.S. Probation Office as directed on July 27, and August 1, 2011.<br><br>On July 26, 2011, a message was left with the defendant's roommate at the Milestone Foundation (Milestone) clean and sober house, for the defendant to report for an office visit on July 27, 2011, but he failed to report as directed. On July 28, 2011, messages were left with his mother, and the Milestone's house manager for him to report on August 1, 2011, but once again he failed to report. |

Prob12C
Re: Shippentower, Thomas
August 31, 2011
Page 2

2      **Special Condition #16**: You shall actively participate and successfully complete an approved state-certified sex offender treatment program. You shall follow all lifestyle restrictions and treatment requirements of the program. You shall participate in special testing in the form of polygraphs, in order to measure compliance with the treatment program requirements. You shall allow reciprocal release of information between the supervising probation officer and the treatment provider. You shall pay for treatment and testing according to your ability.

     **Supporting Evidence**: On July 25, 2011, Thomas Shippentower failed to report for his scheduled sex offender counseling session at Alliance Counseling.

3      **Special Condition #23**: You shall undergo a substance abuse evaluation and, if indicated, enter into and successfully complete an approved substance abuse treatment program, including aftercare. You shall contribute to the cost of treatment according to your ability. You shall allow full reciprocal disclosure between the supervising probation officer and the treatment provider.

     **Supporting Evidence**: On July 27, 2011, Thomas Shippentower failed to report for his aftercare treatment session at Merit Resource Services.

4      **Special Condition #25**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervision probation officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

     **Supporting Evidence**: On August 5, 2011, Thomas Shippentower reported to the U.S. Probation Office and admitted to consuming alcohol on several occasions between July 23, and 28, 2011.

     The defendant related the reason he consumed alcohol was because he was having problems with his ex-girlfriend.

5      **Special Condition #24**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month in order to confirm continued abstinence from these substances.

     **Supporting Evidence**: On August 5, 2011, Thomas Shippentower reported to the U.S. Probation Office and admitted to using cocaine on July 27, 2011. He reported he only used that one time and has not used since.

Prob12C
Re: Shippentower, Thomas
August 31, 2011
Page 3

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 31, 2011

s/Jose Vargas

Jose Vargas
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

9/1/11

Date