PROB 12B
(7/93)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 11 2013

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

# United States District Court

## for the

## Eastern District of Washington

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Thomas Jim Shippentower      Case Number: 0980 2:07CR02074-001

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen

Date of Original Sentence: May 27, 2008      Type of Supervision: Supervised Release

Original Offense: Crime on Indian Reservation-Sexual Abuse of a Minor, 18 U.S.C. §§ 1153 and 2243(a)      Date Supervision Commenced: November 29, 2013

Original Sentence: Prison - 30 M; TSR - 60 M
Revocation Sentence : Prison - 12 M; TSR - 24 M      Date Supervision Expires: November 28, 2015

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

27. You shall not reside or loiter within 500 feet of places where children congregate, which includes playgrounds, primary and secondary schools, city parks, daycare centers, and arcades. This condition shall supersede special condition number 21.

## CAUSE

On November 29, 2013, Mr. Shippentower commenced his term of supervised release in the Eastern District of Washington. On December 2, 2013, he reported for an office visit and requested to move to his brother's home in Toppenish, Washington. The proposed residence is approximately 700 feet from a secondary school, in violation of special condition number 21, which prohibits him from residing within 1,000 feet of a primary or secondary school. The residence appears to be a good location for the defendant, as it is within walking distance to treatment centers and public service agencies. It should be noted the defendant's brother is currently employed with the Yakama Nation Housing Authority.

Based on the above information, this officer recommends the defendant's conditions of supervision be modified, as noted above. Contact with the government and defense counsel revealed they had no objection to this officer's request. Enclosed is a waiver signed by the defendant agreeing to the proposed modification should Your Honor concur.

Prob 12B
**Re: Shippentower, Thomas Jim**
**December 11, 2013**
**Page 2**

|                                      | Respectfully submitted,       |
|--------------------------------------|-------------------------------|
|                                   by | s/Jose Vargas                 |
|                                      | Jose Vargas                   |
|                                      | U.S. Probation Officer        |
|                                      | Date: December 11, 2013       |

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

_____
Signature of Judicial Officer

12/11/13
Date