PROB 12C
(7/93)

Report Date: February 20, 2014

## United States District Court

for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**FEB 20 2014**

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender: Thomas Jim Shippentower     Case Number: 0980 2:07CR02074-001

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: May 27, 2008

Original Offense:    Crime on Indian Reservation-Sexual Abuse of a Minor, 18 U.S.C. §§1153 and 2243(a)

Original Sentence:    Prison 30 months     Type of Supervision: Supervised Release
                            TSR - 60 months

Asst. U.S. Attorney:    Thomas J. Hanlon     Date Supervision Commenced: November 29, 2013

Defense Attorney:    Rick Lee Hoffman     Date Supervision Expires: November 28, 2015

---

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 1/15/2014.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 11 | **Mandatory Condition #2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: Thomas Shippentower was arrested on February 3, 2014, and charged with fourth degree assault, Yakima County District Court, case number 4Z0205125.<br><br>According to an incident report from the Yakima County Sheriff's Office, on February 3, 2014, officers were dispatched to a call in regard to a domestic assault. Upon arriving at the scene, the victim, who was waiting outside her home and bleeding from her wrist, reported the defendant had punched her in the face several times after a verbal dispute. She further reported Mr. Shippentower had threatened to cut himself with a knife, so she took a knife and cut her wrist to show him how to do it right. Officers subsequently located the defendant hiding under the victim's bed and placed him in custody. Officers observed that Mr. Shippentower appeared to have blood on his face, hands, and shirt. The victim sustained a bruise to the left side of her face and was transported to a local hospital for medical attention to her wrist. |

Prob12C
Re: Shippentower, Thomas Jim
February 20, 2014
Page 2

Mr. Shippentower appeared in court on February 3, 2014, and bail was set at $1,000. On February 11, 2014, he appeared for an arraignment and entered a plea of not guilty. His next hearing is currently set for February 25, 2014.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   February 20, 2014

s/Jose Vargas

Jose Vargas
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Other

_____
Signature of Judicial Officer

2/20/14
Date